MINNIE M. CLEMENS, Respondent, v. SANFORD G. CLEMENS, as Administrator, etc., Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

IDA MULKINS, Appellant, v. NELLIE SNOW and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve amended complaint within twenty days upon payment of the costs of the motion and of this appeal. All concurred.

PILLSBURY FLOUR MILLS COMPANY, Appellant, v. FRANK OLIVER and Others, Respondents.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, with leave to the defendant to apply at Special Term for leave to serve an amended answer, if so advised. All concurred.

EDDY VALVE COMPANY, Plaintiff, v. VILLAGE OF BARKER, and WALTER WOOD, Respondent and Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

IRENE MCNAMARA, as Administratrix, etc., Respondent, v. EASTMAN KODAK COMPANY, Appellant, Impleaded, etc.— Motion for reargument granted, and particularly on the question whether or not the court should have limited the jury in its consideration of the alleged fraud of Mullen in procuring the release, to the claim that the $300 was paid to the plaintiff as a gratuity only. Reargument to be had on October thirteenth.

WILLIAM E. HANNA, Appellant, v. WATERLOO WOOLEN MANUFACTURING COMPANY, Respondent.— Appeal transferred to the Appellate Division, First Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

DONOVAN E. WORLEY and Others, Appellants, v. THEODORE B. CLEVENGER, Respondent.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers on appeal by November 1, 1919, and be ready for argument at the opening of the November term.

THOMAS W. BROWN, Respondent, v. AUGUSTINE AUTOMATIC ROTARY ENGINE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October thirteenth and pay to respondent's attorney ten dollars.

CHRISTIAN PAWLIK, Respondent, v. JULIUS S. BERKMAN, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October twenty-third, pay to respondent's attorney ten dollars and be ready for argument at the opening of November term.

MICHAEL BYRNES, Appellant, v. THE STATE OF NEW YORK, Respondent. — Judgment affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO GALLIMO, Appellant.— Judgment of conviction affirmed. All concurred; De Angelis, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO GALLIMO, Appellant.— Appeal from order entered September 19, 1919, dismissed, upon stipulation filed.

JOHN KRAMER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.—Judgment affirmed, with costs. All concurred.